

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00090-CV

| | | |
|---|---|---|
| GOVERNMENT PERSONNEL MUTUAL LIFE INSURANCE COMPANY, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-316810-20) |
| V. | § | August 4, 2022 |
| LINCOLN FACTORING, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. Lincoln's statutory claim as the life-insurance beneficiaries' assignee under Chapter 542 of the Texas Insurance Code is dismissed for want of jurisdiction. The remaining portions of the case—Lincoln's claims as the beneficiaries' attorney-in-fact for violations of Chapter 542 of the Texas Insurance Code, its claims as both assignee and attorney-in-fact for violations of Chapter 541 of the Texas Insurance Code, and its claims as both assignee and attorney-in-fact for breach of the common

law duty of good faith—are remanded to the trial court for a new trial under Texas substantive law.

Lincoln shall pay all costs of this appeal, for which let execution issue.


SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth